# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES J. DONELON
COMMISSIONER OF INSURANCE
FOR THE STATE OF LOUISIANA

VERSUS

AMERICAS INSURANCE COMPANY

CONSOLIDATED WITH

CADENCE BANK

VERSUS

BILL BOSTICK, IN HIS
CAPACITY AS RECEIVER FOR
ASSURANCE HOLDING
CORPORATION, ASSURE
UNDERWRITING AGENCY, AND
AMERICAN INSURANCE COMPANY

NO.  2026 CW 0576

JULY 06, 2026

---

In Re:    The Receiver of Americas Insurance Company, Assure
          Holding Corp. & Assure Underwriting Agency, LLC,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 714982 c/w
          717212.

---

**BEFORE:    McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.**

> **WRIT DENIED.**
> > **TPS**
> > **BDE**

   **McClendon, C.J.**, concurs. The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (per curiam), are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT